UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUNO C. TERNON, derivatively on behalf )
of CHELSEA NIGHTCLUB OF TAMPA, INC., )
a Florida Corporation )
)
      Plaintiffs, )
)
v. )
)
NICOLETTE DEFILIPPI a/k/a NICOLETTE )    CIVIL ACTION NO. 16-cv-03345-SCB-MAP
R. TERNON, an individual, )
)
      Defendant )
v. )
)
and CHELSEA NIGHTCLUB OF TAMPA, INC., )
a Florida Corporation )
)
      Nominal Defendant. )
)
_____ /

### JOINT NOTICE OF SETTLEMENT

The parties to this action, BRUNO C. TERNON ("Ternon") and CHELSEA NIGHTCLUB OF TAMPA, INC. ("Chelsea") (collectively, "Plaintiffs") and NICOLETTE DEFILIPPI a/k/a NICOLETTE R. TERNON ("Defendant"), by and through their respective undersigned counsel, hereby notify the Honorable Court that the parties have reached a Settlement Agreement and Mutual Release ("Settlement Agreement"). The terms of the Agreement are summarized as follows:

1. Defendant has agreed to forego and waive the right to receive any continuing spousal support payments or any other right or benefit related to the prior marital separation agreements and litigation between Defendant and Ternon, except for with regard to

Ternon's continuing obligation to indemnify Defendant from a particular tax debt pursuant to a prior agreement.

2. The parties have agreed to mutual releases and waivers. The parties have agreed to pay their own attorney's fees and costs related to this litigation. The Agreement includes a resolution by Chelsea accepting and adopting its terms.

3. The Agreement includes a liquidated damages provision for any breach, as well as an obligation to take other acts necessary and reasonable to implement the terms of the agreement, including actions to be taken in the Superior Court of Washington located in King County under case number 14-3-04151-2SEA.

The Agreement provides complete relief to Ternon, who is the only shareholder of Chelsea other than the Defendant, and to Chelsea. Chelsea is a dissolved corporation and the business has no going concern or other obligations other than for the unpaid distribution to Ternon, which is the subject of this lawsuit and Settlement Agreement. The parties agree that the Settlement Agreement fully and finally resolves the issues related to the instant case.

| | |
|---|---|
| /s/ Brian A. Leung | /s/ Kevin Brick |
| BRIAN A. LEUNG, ESQ. | KEVIN BRICK, ESQ. |
| brianleung@holcomblaw.com | Kevin.Brick@BrickBusinessLaw.com |
| Florida Bar No.: 014510 | Florida Bar No.: 011500 |
| HOLCOMB & LEUNG, P.A. | BRICK BUSINESS LAW, P.A. |
| 3203 W. Cypress St. | 400 N. Ashley Dr., Suite 2600 |
| Tampa, Florida, 33607 | Tampa, FL 33602 |
| Tel: (813) 258-5835 | Tel: (813) 816-1816 |
| Attorney for Defendant | Attorney for Plaintiffs |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24th, 2017, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system upon all counsel of record.

/s/ Kevin G. Brick
Kevin G. Brick, Esq.
Fla. Bar No. 0011500